# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

146357

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146357
COA: 300460
Grand Traverse CC:
10-011026-FC

ALAN STARR TROWBRIDGE,
      Defendant-Appellant.

_____/

      On April 7, 2015, the Court heard oral argument on the application for leave to appeal the September 25, 2012 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2015

Clerk

s0414